1  BORIS FELDMAN, State Bar No. 128838
   IGNACIO E. SALCEDA, State Bar No. 164017
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: boris.feldman@wsgr.com
          isalceda@wsgr.com
6
   Attorneys for Defendants Dheeraj Pandey,
7  Duston M. Williams, David Sangster,
   Tyler Wall, Jeffrey T. Parks, Michael P. Scarpelli,
8  Steven J. Gomo, Ravi Mhatre, John McAdam,
   Susan L. Bostrom, Craig Conway,
9  Sudheesh N. Vadakkedath, Louis J. Attanasio,
   Kenneth W. Long III, and Nominal Defendant Nutanix, Inc.

[Additional Counsel on Signature Pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NUTANIX, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:19-CV-03817-WHO |
| | (Consolidated with Case No. 3:19-cv-03821) |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF BRIEFING FOR MOTIONS TO DISMISS** |
| ALL ACTIONS | |

WHEREAS, on January 7, 2020, the Court entered an order consolidating the related stockholder derivative actions, appointing lead counsel for Plaintiffs, and ordering Plaintiffs to file a consolidated complaint or designate a previously filed complaint as the operative complaint, within forty-five (45) days of entry of the order (i.e., by February 21, 2020);

| | |
|---|---|
| 1 | WHEREAS, on February 20, 2020, the Court entered an order (Dkt. No. 37) in accordance with the parties' stipulation (Dkt. No. 36) extending Plaintiffs' deadline to file a consolidated complaint or designate a previously filed complaint as the operative complaint to March 6, 2020; |
| 5 | WHEREAS, on March 6, 2020, Plaintiffs filed a Notice of Designation of Operative Complaint (Dkt. No. 38) designating the Verified Stockholder Derivative Complaint for Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment, filed on July 1, 2019, in *Bhonagiri v. Pandey, et al.*, Case No. 3:19-cv-03817 (Dkt. No. 1) ("Operative Complaint"), as the operative complaint in the above-captioned consolidated action. |
| 10 | WHEREAS, on March 20, 2020, pursuant to the Court's February 20, 2020 Order, the parties met and conferred regarding a schedule for the briefing and hearing of Defendants' response to the Operative Complaint; |
| 13 | IT IS HEREBY STIPULATED AND AGREED by the parties, pursuant to Civil Local Rule 7-12 and subject to the Court's approval, by and through the undersigned counsel, as follows: |

1. Defendants' Motions to Dismiss the Operative Complaint shall be filed on or before April 24, 2020.

2. Plaintiffs' oppositions to the Motions to Dismiss shall be filed on or before June 21, 2020.

3. Defendants' replies in support of the Motions to Dismiss shall be filed on or before July 14, 2020.

Dated: March 20, 2020

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By: */s/ Ignacio E. Salceda*
Ignacio E. Salceda

BORIS FELDMAN
IGNACIO E. SALCEDA
650 Page Mill Road

| | |
|---|---|
| 1 | Palo Alto, CA 94304 |
| 2 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 493-6811 |
| 3 | Email: boris.feldman@wsgr.com |
|   | Email: isalceda@wsgr.com |

*Attorneys for Defendants Dheeraj Pandey, Duston M. Williams, David Sangster, Tyler Wall, Jeffrey T. Parks, Michael P. Scarpelli, Steven J. Gomo, Ravi Mhatre, John McAdam, Susan L. Bostrom, Craig Conway, Sudheesh N. Vadakkedath, Louis J. Attanasio, Kenneth W. Long III, and Nominal Defendant Nutanix, Inc.*

Dated: March 20, 2020         **ROBBINS LLP**

By:    */s/ Shane P. Sanders*
        Shane P. Sanders

BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: brobbins@robbinsllp.com
Email: csmith@robbinsllp.com
Email: ssanders@robbinsllp.com

*Lead Counsel for Plaintiffs*

**JOHNSON FISTEL, LLP**
FRANK J. JOHNSON
CHASE M. STERN
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
Email: frankj@johnsonfistel.com
Email: chases@johnsonfistel.com

*Co-Counsel for Plaintiffs*

**LAW OFFICES OF TIMOTHY L. MILES**
TIMOTHY L. MILES
124 Shiloh Ridge
Hendersonville, TN 37075
Telephone: (855) 846-6529
Email: tmiles@timmileslaw.com

*Counsel for Plaintiff Ashwin Juneja*

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING SCHEDULING FOR BRIEFING OF
MTNS TO DISMISS
CASE NO. 3:19-CV-03817-WHO

-3-

# ATTESTATION

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling. For Briefing Motions to Dismiss. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, Shane P. Sanders, concurs in this filing.

Dated: March 20, 2020

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By: ___/s/ Ignacio E. Salceda___
       Ignacio E. Salceda

IGNACIO E. SALCEDA
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: isalceda@wsgr.com

*Attorneys for Defendants Dheeraj Pandey, Duston M. Williams, David Sangster, Tyler Wall, Jeffrey T. Parks, Michael P. Scarpelli, Steven J. Gomo, Ravi Mhatre, John McAdam, Susan L. Bostrom, Craig Conway, Sudheesh N. Vadakkedath, Louis J. Attanasio, Kenneth W. Long III, and Nominal Defendant Nutanix, Inc.*

# [~~PROPOSED~~] ORDER

Pursuant to stipulation**, as modified below, IT IS SO ORDERED:**

1. Defendants' Motions to Dismiss the Operative Complaint shall be filed on or before April **22**, 2020.

2. Plaintiffs' oppositions to the Motions to Dismiss shall be filed on or before June **17**, 2020.

3. Defendants' replies in support of the Motions to Dismiss shall be filed on or before July **8**, 2020.

**4. The hearing will be held on July 22, 2020 at 2:00 p.m.**

Dated: March 23, 2020

_____
Hon. William H. Orrick
United States District Judge