1  ROBBINS LLP
   BRIAN J. ROBBINS (190264)
2  brobbins@robbinsllp.com
   CRAIG W. SMITH (164886)
3  csmith@robbinsllp.com
   SHANE P. SANDERS (237146)
4  ssanders@robbinsllp.com
   5040 Shoreham Place
5  San Diego, CA 92122
   Telephone: (619) 525-3990
6  Facsimile: (619) 525-3991

7  Lead Counsel for Plaintiffs

8  [Additional Counsel on Signature Pages]

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11 IN RE NUTANIX, INC. STOCKHOLDER          )  Lead Case No. 3:19-CV-03817-WHO
   DERIVATIVE LITIGATION                    )
12                                          )
                                            )  (Consolidated with Case No. 3:19-cv-03821-
13 ─────────────────────────────────        )  WHO)
                                            )
14 This Document Relates To:                )
                                            )  STIPULATION AND [PROPOSED] ORDER
15     ALL ACTIONS.                         )  VOLUNTARILY DISMISSING ACTION
                                            )
16                                          )
                                            )
17 ─────────────────────────────────        )

18

19        Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, plaintiffs Aravind

20 Bhonagiri, Ashwin Juneja, and TJ Park ("Plaintiffs"), nominal defendant Nutanix, Inc. ("Nutanix"), and

21 individual defendants Dheeraj Pandey, Duston M. Williams, David Sangster, Tyler Wall, Jeffrey T. Parks,

22 Michael P. Scarpelli, Steven J. Gomo, Ravi Mhatre, John McAdam, Susan L. Bostrom, Craig Conway,

23 Sudheesh N. Vadakkedath, Louis J. Attanasio, and Kenneth W. Long III (the "Individual Defendants" and

24 together with Nutanix, the "Defendants"), by and through their respective counsel, hereby stipulate and

25 agree to the voluntary dismissal of the above-entitled consolidated action (the "Action") as follows:

26        WHEREAS, on June 17, 2020, Plaintiffs filed their Verified Consolidated Amended Stockholder

27 Derivative Complaint for Breach of Fiduciary Duty, Waste of Corporate Assets, Unjust Enrichment,

28
                                          - 1 -

1 | Violation of the Securities Exchange Act of 1934, and Contribution (Dkt. No. 48) (the "Complaint"),

2 | which alleged that demand on Nutanix's Board of Directors (the "Board") was futile because there was

3 | reason to doubt the disinterestedness and/or independence of a majority of the members of the Board;

4 | WHEREAS, on July 7, 2020, Defendants filed motions to dismiss the Complaint (the "Motions to

5 | Dismiss") (Dkt. Nos. 51-52);

6 | WHEREAS, on October 5, 2020, the Court granted the Motions to Dismiss with leave to amend

7 | (Dkt. No. 67);

8 | WHEREAS, in light of the Court's finding that Plaintiffs' demand futility allegations were

9 | insufficient and that Plaintiffs instead should have made a demand on Nutanix's Board, on November 25,

10 | 2020,  Plaintiffs sent the current Board a formal demand to investigate Plaintiffs' allegations and take any

11 | and all appropriate action in the best interests of Nutanix, including potentially bringing claims against

12 | Defendants in this case (the "Demand");

13 | WHEREAS, the parties agree that, as a result of Plaintiffs' Demand, the demand futility issue is

14 | now moot;

15 | WHEREAS, in light of the foregoing, Plaintiffs hereby voluntarily dismiss this Action with

16 | prejudice as to demand futility only, but otherwise without prejudice, with each party to bear his, her, or

17 | its own costs and fees;

18 | WHEREAS, the parties respectfully submit that notice of the voluntary dismissal of this Action

19 | pursuant to Fed. R. Civ. P. 23.1(c) is not necessary because: (i) there has been no settlement or compromise

20 | between the parties to this Action; (ii) there has been no collusion among the parties; and (iii) Plaintiffs

21 | and their counsel have not received (and will not receive) any compensation or consideration from Nutanix

22 | or Defendants in connection with the voluntary dismissal of this Action; and

23 | WHEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and

24 | respectfully request that the Court enter an Order as follows:

25 | THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the parties, through their

26 | undersigned counsel of record and subject to the Court's approval, as follows:

27 |

28 |

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION
Lead Case No. 3:19-CV-03817-WHO

1.      The Action shall be dismissed with prejudice as to demand futility only, but otherwise without prejudice; and

2.      The parties shall bear their own respective attorneys' fees and costs incurred in connection herewith.

**IT IS SO STIPULATED.**

Dated: December 1, 2020

ROBBINS LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS


_/s/ Shane P. Sanders_
SHANE P. SANDERS

5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile (619) 525-3991
E-mail: brobbins@robbinsllp.com
        csmith@robbinsllp.com
        ssanders@robbinsllp.com

_Lead Counsel for Plaintiffs_

JOHNSON FISTEL, LLP
Frank J. Johnson
Chase M. Stern
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
E-mail: frankj@johnsonfistel.com
        chases@johnsonfistel.com

_Co-Counsel for Plaintiffs_

LAW OFFICES OF TIMOTHY L. MILES
TIMOTHY L. MILES
124 Shiloh Ridge
Hendersonville, TN 37075
Telephone:  (855) 846-6529
E-mail: tmiles@timmileslaw.com

_Counsel for Plaintiff Ashwin Juneja_

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION
Lead Case No. 3:19-CV-03817-WHO

1
Dated: December 1, 2020

2

WILSON SONSINI GOODRICH & ROSATI
NINA F. LOCKER
IGNACIO E. SALCEDA

3

4

*/s/ Ignacio E. Salceda*
IGNACIO E. SALCEDA

5

6

7

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
E-mail: nlocker@wsgr.com
                isalceda@wsgr.com

8

9

10

11

12

*Attorney for Defendants Dheeraj Pandey,
Duston M. Williams, David Sangster, Tyler
Wall, Jeffrey T. Parks, Michael P. Scarpelli,
Steven J. Gomo, Ravi Mhatre, John McAdam,
Susan L. Bostrom, Craig Conway, Sudheesh N.
Vadakkedath, Louis J. Attanasio, Kenneth W.
Long III, and Nutanix, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION
Lead Case No. 3:19-CV-03817-WHO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Shane P. Sanders, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Voluntarily Dismissing Action.  In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Shane P. Sanders*

SHANE P. SANDERS

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION
Lead Case No. 3:19-CV-03817-WHO

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                    HONORABLE WILLIAM H. ORRICK
                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION
Lead Case No. 3:19-CV-03817-WHO

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 1, 2020, I authorized the electronic filing of the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 1, 2020.

                                 */s/ Shane P. Sanders*
                                  SHANE P. SANDERS

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION
Lead Case No. 3:19-CV-03817-WHO